UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS MACKPERSON, JR.,

    VS                                    CASE NO. 1:12-cv-00196-CAS

CAROLYN W. COLVIN,

## REFERRAL AND ORDER

The **UNOPPOSED** motion/pleading was filed by defendant on 2/20/2013 (document #17), and referred to Magistrate Judge Charles A. Stampelos on 2/21/2013.

Summary of motion/pleading: MOTION for Extension of Time to File Response/Reply to Plaintiff's Memorandum by CAROLYN W. COLVIN.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT


                                                    s/ Judy Stone
                                                    DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 21st day of February, 2013, the requested relief is **GRANTED.** The time for filing a reply memorandum is extended to March 22, 2013.

                                                    S/ Charles A. Stampelos
                                                    UNITED STATES MAGISTRATE JUDGE